FRANK BAKER, Respondent, v. DAVID SCANNELL et al., Appellants.

No. 1754; April 2, 1859.

Injunction.—Where the Charges Set Out in a Bill for a permanent injunction are fully denied by the answer and accompanying affidavits, the denials being as circumstantial and positive as the charges, the injunction should be dissolved.

APPEAL from Fourth Judicial District, San Francisco County.

S. V. Smith for respondent; Jones, Lake & Boyd for appellants.

BALDWIN, J.—The injunction in this case should have been dissolved on the answers and affidavits. The main question is as to the fraud in the making of the note of Watson to Clement, and the allegations of the bill in this respect are fully denied. The denials, certainly, are quite as circumstantial and positive as the charges.

The order is reversed and the injunction dissolved, and cause remanded.

I concur: Field, J.